**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hector GARCIA, Defendant–Appellant.**

**No. 10–10386.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 11, 2013.*

Filed Feb. 15, 2013.

Nancy J. Koppe, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Mario D. Valencia, Esquire, Attorney at Law, Henderson, NV, for Defendant–Appellant.

Hector Garcia, Safford, AZ, pro se.

George, District Judge, Presiding. D.C. No. 2:07–cr–00235–LDG.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM **

Hector Garcia appeals from the district court's judgment and challenges his jury-trial conviction and 120–month sentence for coercion and enticement, in violation of 18 U.S.C. § 2422(b). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garcia's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Garcia has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

Garcia's request for appointment of new counsel is **DENIED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.